**No. 10-5468. Guy Randy White Horse, Petitioner v. United States.**

562 U.S. 923, 131 S. Ct. 304, 178 L. Ed. 2d 198, 2010 U.S. LEXIS 7491.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5469. Toromi Washington, Petitioner v. Derral G. Adams, Warden.**

562 U.S. 923, 131 S. Ct. 304, 178 L. Ed. 2d 198, 2010 U.S. LEXIS 7315.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5470. David Barajas Navarro, Petitioner v. United States.**

562 U.S. 923, 131 S. Ct. 304, 178 L. Ed. 2d 198, 2010 U.S. LEXIS 7474.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 375 Fed. Appx. 738.

**No. 10-5471. Gustavo McKenzie, Petitioner v. Edmund G. Brown, Warden.**

562 U.S. 923, 131 S. Ct. 304, 178 L. Ed. 2d 198, 2010 U.S. LEXIS 7233.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 376 Fed. Appx. 689.

**No. 10-5472. Eddie Martinez, aka Erifredo Eddie Martinez, Petitioner v. United States.**

562 U.S. 923, 131 S. Ct. 305, 178 L. Ed. 2d 198, 2010 U.S. LEXIS 7294.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 367 Fed. Appx. 312.

**No. 10-5473. Anthony Norman Roark, Petitioner v. United States.**

562 U.S. 923, 131 S. Ct. 305, 178 L. Ed. 2d 198, 2010 U.S. LEXIS 7547.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 375 Fed. Appx. 368.

**No. 10-5474. Barbara Leone Corbin, Petitioner v. Barbara J. Wheeler, Warden.**

562 U.S. 924, 131 S. Ct. 306, 178 L. Ed. 2d 198, 2010 U.S. LEXIS 7435,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 763.

**No. 10-5475. David Sanders, Petitioner v. United States.**

562 U.S. 924, 131 S. Ct. 306, 178 L. Ed. 2d 198, 2010 U.S. LEXIS 7592.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.